IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| CROWN BAY MARINA, L.P. ) | |
| ) | |
| *Plaintiffs* ) | |
| ) | Case No. 3:22-cv-00014 |
| v. ) | |
| ) | |
| AUTORIDAD DE TRANSPORTE ) | |
| MARÍTIMO (ATM) aka PUERTO RICO ) | |
| AND THE ISLAND MUNICIPALITIES ) | ACTION FOR BREACH OF CONTRACT |
| MARITIME TRANSPORT AUTHORITY ) | AND INDEMNIFICATION |
| ) | |
| *Defendant.* ) | |

## NOTICE OF COMPLIANCE WITH THE COURT'S NOVEMBER 13, 2023 ORDER

Defendant Autoridad de Transporte Marítimo aka Puerto Rico and the Island Municipalities Maritime Transport Authority ("PRMTA"), by and through undersigned counsel, files this Notice of Compliance with the Court's November 13, 2023 Order to file a copy of the Settlement Agreement [Doc. No. 52]. Specifically, PRMTA notifies this Court it is attaching hereto the Settlement Agreement that was inadvertently not attached to the Parties' Joint Motion to Approve the Settlement and Payment Plan and Release of All Claims and to Dismiss the Case Without Prejudice [Doc. No. 51]. The Parties regret any inconvenience caused by this omission.

**Dated**: November 13, 2023

Respectfully submitted,

By: s/ *Carol G. Hurst*
Carol G. Hurst, Esq.
V.I. Bar No. 300
P.O. Box 10829
5143 Palm Passage, Suite 18 B-1
St. Thomas, VI 00802
Telephone: (340) 514-5541, (340) 513-9558
Facsimile: (888) 672-6130
cghurst@hurstvilaw.com

*s/ Jorge F. Blasini* ***(Pro Hac Vice admitted)***
USDC-PR 213001
JIMÉNEZ, GRAFFAM & LAUSELL
PO Box 366104
San Juan, PR  00936-6104
T. 787-767-1030 / F. 787-751-4068
jblasini@jgl.com

***Attorneys for Defendant***