IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| CROWN BAY MARINA, L.P. ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:22-cv-00014 |
| v. ) | |
| ) | |
| AUTORIDAD DE TRANSPORTE ) | |
| MARÍTIMO (ATM) aka PUERTO RICO ) | |
| AND THE ISLAND MUNICIPALITIES ) | ACTION FOR BREACH OF CONTRACT |
| MARITIME TRANSPORT AUTHORITY ) | AND INDEMNIFICATION |
| ) | |
| Defendant. ) | |
| _____ ) | |

**ORDER APPROVING SETTLEMENT**

THIS MATTER is before the Court on Crown Bay Marina, L.P's. ("CBM") and Autoridad de Transporte Marítimo aka Puerto Rico and the Island Municipalities Maritime Transport Authority's ("PRMTA") (collectively "the Parties") Joint Motion to Approve the Settlement and Payment Plan Agreement and Release of All Claims. [ECF 51]. The premises considered, it is

ORDERED, that the Motion is GRANTED, and the Settlement and Payment Plan Agreement and Release of all Claims are APPROVED, and it is further

ORDERED, pursuant to the parties' stipulation, that CBM's claims against PRMTA in this action are hereby dismissed without prejudice.

DATED: November 22, 2023        S\_____
                                                       **RUTH MILLER**
                                                       U.S. Magistrate Judge